IN THE SUPREME COURT OF THE STATE OF MONTANA



**FILED**

03/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0605

DA 21-0605

BOARD OF REGENTS OF HIGHER
EDUCATION OF THE STATE OF MONTANA,

      Petitioner and Appellee,

v.

THE STATE OF MONTANA, by and through
Austin Knudsen, Attorney General of the State of
Montana in his official capacity,

      Respondent and Appellant.

FILED

MAR 0 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

    Donald E. Kilmer of Caldwell, Idaho, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

    Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the first appearance of Petitioner's firm under the pro hac vice rules,

    IT IS HEREBY ORDERED that the application of Donald E. Kilmer to appear pro hac vice in the above-entitled cause is GRANTED.

    The Clerk is directed to provide copies of this order to Donald E. Kilmer, to all counsel of record in this appeal, and to the State Bar of Montana.

    DATED this 7th day of March, 2022.

For the Court,

By _____
           Chief Justice